IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00555-REB-KLM

BACTERIN INTERNATIONAL, INC., a Nevada corporation,

     Plaintiff,

v.

EVOLOGICS, LLC, a Texas limited liability corporation,

     Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on the **Joint Motion to Stay Proceedings** [Docket No. 13; Filed April 17, 2012] (the "Motion").  The parties represent that this matter has settled; however, "pursuant to the terms in the Settlement Agreement, certain actions and obligations are set to occur within the next 90 days." [#13] at 1.  The parties thus request that the Court enter a stay of this lawsuit for 90 days.

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**.  The Court declines to enter a stay of proceedings.  *See Clinton v. Jones*, 520 U.S. 681, 706-07 (1997) ("The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket." (citation omitted)).  However, the Motion is granted as follows:

     IT IS FURTHER **ORDERED** that the Scheduling Conference set for May 8, 2012 is **VACATED**.

     IT IS FURTHER **ORDERED** that the parties shall file dismissal papers on or before **July 17, 2012**.

     Dated:  April 18, 2012