**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00555-REB-KLM

BACTERIN INTERNATIONAL, INC., a Nevada corporation,

      Plaintiff,

v.

EVOLOGICS, LLC, a Texas limited liability corporation,

      Defendant.

---

**ORDER DENYING OPPOSED MOTION TO TRANSFER VENUE AS MOOT**

---

**Blackburn, J.**

      The matter before me is defendant's **Opposed Motion To Transfer Venue** [#10],[1] filed March 29, 2012. In light of the parties' settlement (**see Minute Order** [#15] filed April 18, 2012), this motion now appears moot.

      **THEREFORE, IT IS ORDERED** that defendant's **Opposed Motion To Transfer Venue** [#10] filed March 29, 2012, is **DENIED AS MOOT**.

      Dated April 19, 2012, at Denver, Colorado.

                                     **BY THE COURT:**

                                     Robert E. Blackburn
                                     United States District Judge

---

[1] "[#10]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.