**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00555-REB-KLM

BACTERIN INTERNATIONAL, INC., a Nevada corporation,

    Plaintiff,

v.

EVOLOGICS, LLC, a Texas limited liability corporation,

    Defendant.

## ORDER DENYING OPPOSED MOTION TO TRANSFER VENUE AS MOOT

**Blackburn, J.**

    The matter before me is defendant's **Opposed Motion To Transfer Venue** [#10],[1] filed March 29, 2012. In light of the parties' settlement (*see* **Minute Order** [#15] filed April 18, 2012), this motion now appears moot.

    **THEREFORE, IT IS ORDERED** that defendant's **Opposed Motion To Transfer Venue** [#10] filed March 29, 2012, is **DENIED AS MOOT**.

    Dated April 19, 2012, at Denver, Colorado.

                              **BY THE COURT:**

                              /s/ Bob Blackburn
                              Robert E. Blackburn
                              United States District Judge

---

[1] "[#10]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.