**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00555-REB-KLM

BACTERIN INTERNATIONAL, INC., a Nevada corporation,

    Plaintiff,

v.

EVOLOGICS, LLC, a Texas limited liability corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulation of Dismissal** [#17][1] filed July 17, 2012. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation of Dismissal** [#17] filed July 17, 2012, is **APPROVED**; and

    2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated July 18, 2012, at Denver, Colorado.

                                 **BY THE COURT**:

                                 *Bob Blackburn*
                                 Robert E. Blackburn
                                 United States District Judge

---

[1] "[#17]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.